UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA BEST-SANTOS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; NBS DEFAULT SERVICES, LLC; and Does 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:15-CV-02323-RS<br><br>[The Honorable Richard Seeborg]<br><br>**ORDER GRANTING JOINT STIPULATION STAYING BRIEFING ON WELLS FARGO BANK, N.A'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNTIL COMPLETION OF LOAN MODIFICATION REVIEW <u>AS MODIFIED BY COURT</u>** |

In light of the joint stipulation signed by the parties and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The hearing date on Wells Fargo's pending motion to dismiss (Doc. 21) is VACATED. The briefing relating to this pending motion (plaintiff's opposition and Wells Fargo's reply brief) is stayed.  If Wells Fargo's loan modification review does not resolve the plaintiff's need to prosecute the instant action, <u>Wells Fargo shall re-notice the motion, with briefing to follow from the date of renotice according to the ordinary schedule</u>.

Given that Wells Fargo shall conduct a loan modification review, the bank and its agents shall continue the trustee's sale for the subject property (24 Sweet Road, Lafayette, California

1  94549) until November 2, 2015.

2   The parties are ordered to attend a follow-up ADR teleconference on September 8, 2015
3  at 11:00 a.m.  The dial-in information shall be the same as that used for the teleconference on
4  July 1, 2015.

5   The initial Case Management Conference set for August 20, 2015 is hereby continued to
6  September 24, 2015 <u>at 10:00 a.m.</u>  The parties shall file a Rule 26 joint statement seven (7)
7  calendar days prior to this conference.

8   No party waives any claim or right by entering into this stipulation, or through this order.

12  Dated: July 22, 2015

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE