NELSON W. GOODELL, ESQ., SBN 2647340
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-6900 (fax)

Attorney for Plaintiff
BARBARA BEST-SANTOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA BEST-SANTOS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE; NBS DEFAULT SERVICES, LLC.; and Does 1 through 20, inclusive,

    Defendants

Case No.: 15-CV-02323-RS

JOINT STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Date: November 12, 2015
Time: 10:00 a.m.
Location: 450 Golden Gate Ave.
         San Francisco, CA 94102
Department: Courtroom 3, 15th Floor

[The Honorable Richard Seeborg]

TO THE CLERK OF THE COURT AND THE HONORABLE RICHARD SEEBORG:

    Having met and conferred, plaintiff Barbara Best-Santos ("plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order.

- 1 -

Plaintiff and Wells Fargo, by and through their respective counsel, jointly stipulate as follows:

WHEREAS, plaintiff and Wells Fargo are involved in litigation relating to a home loan that is secured by a deed of trust against the subject property commonly known as 24 Sweet Road, Lafayette, California 94549;

WHEREAS, on July 1, 2015, the parties participated in a conference call overseen by ADR Staff Attorney, Daniel Bowling;

WHEREAS, on July 14, 2015, Wells Fargo filed a motion to dismiss each claim in plaintiff's first amended complaint;

WHEREAS, on July 22, 2015, the Court granted the parties' stipulation that the motion practice be temporarily stayed due to ongoing dialogue between the parties regarding settlement alternatives;

WHEREAS, on September 8, 2015, the parties participated in another ADR teleconference overseen by Daniel Bowling;

WHEREAS, plaintiff's counsel will be out of town on the scheduled date of the Case Management Conference, November 12, 2015.

Pursuant to Civil Local Rule 6-2, this is the third request in this case to modify time deadlines in this case. The parties do not believe that this modification would have any meaningful impact on the schedule for this case.

The parties respectfully request that the Case Management Conference scheduled for November 12, 2015 be continued to December 10, 2015 at 10:00 a.m., or any subsequent date that is convenient for the Court.

///
///
///
///

-2-

Provided that the Court grant the joint stipulation of the parties, plaintiff and Wells Fargo shall have up to and including December 3, 2015, to file and serve their joint Rule 26 Case Management Report.

**IT IS SO STIPULATED.**

Dated: October 22, 2015

_____
NELSON W. GOODELL,
Attorney for Plaintiff

Approved as to form and content:

Dated: October 22, 2015

_____
MICHAEL RAPKINE,
Attorney for Wells Fargo

**ORDER**

The Case Management Conference in the above-captioned matter shall be continued from November 12, 2015, to December 10, 2015.

Dated: October 22, 2015

_____
United States District Richard Seeborg