UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BEST-SANTOS,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>  Defendants. | Case No. 15-cv-02323-RS<br><br>**ORDER REQUESTING FURTHER BRIEFING AND CONTINUING HEARING** |

Defendant Wells Fargo Bank, N.A. was ordered to show cause why it contends it must or should be released from its commitment to offer plaintiff a loan modification review. In response, Wells Fargo timely filed a declaration of counsel. Although not called for by the order to show cause, nor expressly permitted by the rules, plaintiff thereafter filed a brief responding to the declaration. No later than March 7, 2016, Wells Fargo shall file a reply to plaintiff's brief, addressing the arguments raised therein. The hearing on the motion to dismiss set for March 3, 2016 is hereby continued to March 24, 2016.

**IT IS SO ORDERED**.

Dated: February 29, 2016

_____
RICHARD SEEBORG
United States District Judge