NELSON W. GOODELL, ESQ., SBN 264734
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-6900 (fax)

Attorney for Plaintiff
BARBARA BEST-SANTOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BEST-SANTOS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE; NBS DEFAULT SERVICES, LLC.; and Does 1 through 20, inclusive,<br><br>Defendants | Case No.: 15-CV-02323-RS<br><br>**JOINT STIPULATION AND ORDER RE: CHANGES TO BRIEFING SCHEDULE**<br><br>[The Honorable Richard Seeborg] |

TO THE CLERK OF THE COURT AND THE HONORABLE RICHARD SEEBORG:

Having met and conferred, plaintiff Barbara Best-Santos ("plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order.

Plaintiff and Wells Fargo, by and through their respective counsel, jointly stipulate as follows:

1  Plaintiff and Wells Fargo, by and through their respective counsel, jointly stipulate as
2  follows:
3
4  WHEREAS, plaintiff and Wells Fargo are involved in litigation relating to a home loan
5  that is secured by a deed of trust against the subject property commonly known as 24 Sweet
6  Road, Lafayette, California 94549;
7  WHEREAS, Wells Fargo will file its Motion to Dismiss Plaintiff's Second Amended
8  Complaint on June 1, 2016;
9  WHEREAS, Plaintiff's response to Wells Fargo's motion would then be due for filing
10 on June 15, 2016;
11 WHEREAS, Plaintiff's counsel has deadlines in other cases around the same time and
12 his assistant will be out of town;
13 WHEREAS, Wells Fargo's counsel will be in Texas for depositions between June 20,
14 2016 and June 27, 2016;
15 Pursuant to Civil Local Rule 6-2, this is the fourth request in this case to modify time
16 deadlines in this case. The parties do not think that this modification would have any
17 meaningful impact on the schedule for this case.
18   1.   Plaintiff will have until June 22, 2016 to file her response to Wells
19        Fargo's Motion to Dismiss Plaintiff's Second Amended Complaint.
20   2.   Wells Fargo will have until July 1, 2016, to file its reply brief to
21        Plaintiff's response.
22
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3. The hearing on Wells Fargo's Motion to Dismiss Plaintiff's Second Amended Complaint will take place on August 4, 2016.

**IT IS SO STIPULATED.**

Dated: May 31, 2016

_____
NELSON W. GOODELL,
Attorney for Plaintiff, BARBARA BEST-SANTOS

Approved as to form and content:

Dated: May 31, 2016

_____
MICHAEL RAPKINE,
Attorney for Wells Fargo

## ORDER

Plaintiff will have until June 22, 2016 to file her Opposition to Wells Fargo's Motion to Dismiss Plaintiff's Second Amended Complaint. Wells Fargo will have until July 1, 2016 to file its reply brief. The hearing on said motion will take place on August 4, 2016.

Dated: June 1, 2016

United States District Richard Seeborg