1  Nelson W. Goodell (#264734)
   nelson@goodelllawsf.com
2  THE GOODELL LAW FIRM
   5 Third Street, Suite 1100
3  San Francisco, CA 94103
   Tel: 415.495.3950 | Fax: 415.495.6900
4
   Attorneys for Plaintiff
5  BARBARA BEST-SANTOS

6  Michael Rapkine (#222811)
   mrapkine@afrct.com
7  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
8  301 North Lake Avenue, Suite 1100
   Pasadena, California 91101
9  Tel: (626) 535-1900 | Fax: (626) 577-7764

   Attorneys for Defendant
10 WELLS FARGO BANK, N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BEST-SANTOS, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE; NBS DEFAULT SERVICES, LLC.; and Does 1 through 20, inclusive, <br><br> Defendants | Case No.: 15-CV-02323-RS <br><br> **JOINT STIPULATION AND ORDER RE: CHANGES TO BRIEFING SCHEDULE** <br><br><br> [The Honorable Richard Seeborg] |

TO THE CLERK OF THE COURT AND THE HONORABLE RICHARD SEEBORG:

Having met and conferred, Plaintiff Barbara Best-Santos ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order.

Plaintiff and Wells Fargo, by and through their respective counsel, jointly stipulate as follows:

WHEREAS, plaintiff and Wells Fargo are involved in litigation relating to a home loan that is secured by a deed of trust against the subject property commonly known as 24 Sweet Road, Lafayette, California 94549;

WHEREAS, Wells Fargo filed its Motion to Dismiss Plaintiff's Third Amended Complaint on April 28, 2017;

WHEREAS, Plaintiff's response to Wells Fargo's motion is due for filing on May 12, 2017;

WHEREAS, in order to accommodate the Parties' schedules, the Parties request that the briefing schedule be modified to permit Plaintiff to have until May 23, 2017 to file her opposition to Wells Fargo's motion to dismiss and for Wells Fargo to have until May 30, 2017 to file their Reply to Plaintiff's opposition;

Pursuant to Civil Local Rule 6-2, this is the fifth request in this case to modify time deadlines in this case. The parties do not think that this modification would have any meaningful impact on the schedule for this case.

1. Plaintiff will have until May 23, 2017 to file her response to Wells Fargo's Motion to Dismiss Plaintiff's Third Amended Complaint.
2. Wells Fargo will have until May 30, 2017, to file its reply brief to Plaintiff's response.
3. The hearing on Wells Fargo's Motion to Dismiss Plaintiff's Third Amended Complaint will take place on June 29, 2017.

**IT IS SO STIPULATED.**

Dated: May 8, 2017

_____
NELSON W. GOODELL
Attorney for Plaintiff,
BARBARA BEST-SANTOS

Approved as to form and content:

Dated: May 8, 2017

_____
MICHAEL RAPKINE
Attorney for Defendant,
WELLS FARGO BANK, N.A.

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have obtained concurrence from Defendant's counsel for the filing of this document.

Dated: May 8, 2017

NELSON W. GOODELL,
Attorney for Plaintiff, BARBARA BEST-SANTOS

## ORDER

Plaintiff will have until May 23, 2017 to file her response to Wells Fargo's Motion to Dismiss Plaintiff's Third Amended Complaint. Wells Fargo will have until May 30, 2017, to file its reply brief to Plaintiff's response. The hearing on Wells Fargo's Motion to Dismiss Plaintiff's Third Amended Complaint will take place on June 29, 2017.

Dated: May 8, 2017

United States District Richard Seeborg

-5-