UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BEST-SANTOS,<br>    Plaintiff,<br>    v.<br>WELLS FARGO BANK, N.A., et al.,<br>    Defendants. | Case No. 15-cv-02323-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **March 8, 2018**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 15, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: 1/29/18

_____
Richard Seeborg
United States District Judge