# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA BEST-SANTOS,<br><br>　　　　Plaintiff,<br>　v.<br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; NBS DEFAULT SERVICES, LLC; and Does 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:15-CV-02323-RS<br><br>[The Honorable Richard Seeborg]<br><br>**ORDER MODIFYING STANDBY ORDER OF DISMISSAL** |

In light of the joint stipulation signed by the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

The parties are required to file a stipulation of dismissal by **April 2, 2018**.

If a stipulation of dismissal is not filed by April 2, 2018, the parties are ordered to appear on __April 12__, 2018 at 1:30 p.m. in Courtroom 3 (17th Floor) of the San Francisco Courthouse and show cause why the action should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

Dated: __3/7__, 2018

_/s/ Richard Seeborg_
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE